DUMARTRAIT
*vs*
DEBLANC &
WIFE.

A wife cannot offer to prove, without having pleaded, that the note was given for a debt of her husband and not for her benefit

No issue is to be tried, which is not presented by the pleadings.

*DUMARTRAIT* vs. *DEBLANC & WIFE.*

APPEAL from the court of the fifth district.

MARTIN, J. delivered the opinion of the court. Mrs. Deblanc, sued on a note, executed by her son, in her name (and with the authority of her husband) jointly and severally with a third party, pleaded her coverture at the time of the execution and the plea, and the consequent invalidity of the note : and being required to answer whether the note was not executed as stated in the petition, replied that she did not authorise her son to subscribe the note for her, but it was subscribed contrary to her wish and by the concernment of her husband ; judgment was given against her and she appealed.

The statement of facts admits the execution of the note, and its endorsement by the payee to the plaintiff.

The subscribing witness deposed the note was executed willingly by Mrs Deblanc.

The deed of separation of property between her and her husband, with the appraisement of the property surrendered to her by her husband, was made a part of the record.

A bill of exceptions was taken by her coun-

sel to the opinion of the district court who re-
fused her leave to inquire from the subscribing
witness, whether the note was not given for the
debt of the co-obligor, and not for her advan-
tage and benefit.

We think the district judge did not err, if
she wished to avail herself of this circumstance
(admitting its existence) it ought to have been
stated in the answer, that the plaintiff might
come prepared to gainsay it.

On the merits, this is a note executed by a
married woman, separated of property from
her husband, and with his authorisation. The
answer neither denies its execution, nor al-
leges any violence, compulsory or improper
interference of any one.

Her answer to the interrogatory makes no
part of the pleadings nor of her answer to the
petition, and no issue was to be tried except
that which was presented by the petition and
answer; the latter denies no *fact* alleged, it
only denies the *consequent* liability of the
wife. She pleads no new fact, for the coverture
was alleged in the petition.

The capacity of a married woman to bind
herself *as a surety*, forms no part of the inquiry
which ought to precede the judgment in this
case.

West'n Dis'ct
*August*, 1826.

DUMARTRAIT
*vs.*
DEBLANC &
WIFE.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Simon* for the plaintiff, *I. L. Baker* & *J. Baker* for the defendants.